# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CASE NO. 4:19-CR-77 |
| LUIS JARAMILLO-ROSALES ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

Before the Court, is defense counsel's Motion for Leave of Absence for the dates of October 1st thru 3rd, October 11th, October 16th thru 18th, November 25th thru 29th, and December 23rd thru January 3rd, 2020. Good cause having been shown, the Motion is hereby granted.

SO ORDERED this 23rd day of September, 2019.

Hon. Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia
Savannah Division